UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: PRADAXA (DABIGATRAN ETEXILATE) PRODUCTS LIABILITY LITIGATION | 3:12-md-02385-DRH<br><br>MDL No. 2385 |

**This Document Relates To:**

The Member Actions Subject to the NOTICE of Settlement of Stipulation of Dismissal with Prejudice of Settled Actions (MDL 2385 Doc. 696) and Identified in Exhibit 1 Attached Thereto (MDL 2385 Doc. 696-1)

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulation of Dismissal filed on December 15, 2015 (MDL 2385 Doc. 696), the member actions identified in Exhibit 1 to the parties' Stipulation of Dismissal (Doc. 696-1) are DISMISSED with prejudice. Each party shall bear their own costs.

JUSTINE FLANAGAN,
ACTING CLERK OF COURT

BY:  /s/*Caitlin Fischer*
Deputy Clerk

Dated: December 28, 2015

Digitally signed by
Judge David R. Herndon
Date: 2015.12.28
11:52:30 -06'00'

APPROVED:
U.S. DISTRICT JUDGE
U. S. DISTRICT COURT